# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| SUSAN STRICKLAND, Individually and on Behalf of the Wrongful Death Beneficiaries of ROBERT STRICKLAND, Deceased, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-01147-JDB-egb |
| PACKAGING CORPORATION OF AMERICA and SOUTH EAST CARRIERS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND PLACING UNDER SEAL

On January 19, 2017, Defendants, Packaging Corporation of America and South East Carriers, Inc., filed a motion to schedule a final minor settlement approval hearing. (Docket Entry ("D.E.") 54.) Pursuant to an order of reference, (D.E. 55), United States Magistrate Judge Edward G. Bryant entered a report and recommendation, recommending that the proposed minor settlement be approved by the Court (D.E. 64). No objections to the magistrate judge's report and recommendation have been filed and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1). Upon careful review, the Court finds that the report and recommendation is correct in all respects. Accordingly, it is ADOPTED as the order of the Court. The parties have agreed that the terms of this settlement be confidential, therefore, it is ordered that the previously filed report and recommendation, (D.E. 64), be placed UNDER SEAL.

IT IS SO ORDERED this 25th day of April 2017.

                                                         <u>s/ J. DANIEL BREEN</u>
                                                         UNITED STATES DISTRICT JUDGE